# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

---

## No. 99-30432

---

In the Matter of:  LIFEONE, INC., formerly known as
  National Affiliated Corp.,

  Debtor.

LIFEONE, INC., formerly known as National Affiliated Corp.,

  Appellee,

versus

BLACK SEA INVESTMENTS LTD.,

  Appellant.

---

Appeal from the United States District Court
for the Western District of Louisiana
(98-CV-2438)

---

July 15, 1999

Before POLITZ, JOLLY, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Black Sea Investments Ltd. appeal the decision by the district court overruling an order by the bankruptcy court which rejected a motion to dismiss filed by LifeOne, Inc.  Having considered the briefs and oral arguments of counsel, and pertinent parts of the record, and on the basis of the authorities cited and analysis made by the district court in its Ruling dated and entered April 19, 1999, the judgment appealed is AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.